862 A.2d 55

CITY OF EAST ORANGE, PLAINTIFF–RESPONDENT, v. BLOCK 52, LOT 31, ETC., SCHEDULE NO. 7, BLOCK 62–14, 111 NORTH 17TH STREET ASSESSED TO SUSAN KYNOR, DEFENDANT– PETITIONER.

November 10, 2004.

Denied.